**Order entered January 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01299-CV

## CITY OF DALLAS, Appellant

## V.

## VERNELL KENNEDY, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13078**

# ORDER

Before the Court is appellee's January 21, 2020 unopposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 21, 2020.

/s/     KEN MOLBERG
        JUSTICE